UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DEBORAH ROPER and GARY ROPER, | Case No.: 3:13-CV-00889-AC |
| Plaintiff | JUDGMENT |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, U.S. BANK NATIONAL ASSOCIATION ND, | |
| Defendants. | |

ACOSTA, Magistrate Judge:

    Pursuant to the Plaintiffs' Stipulated Notice of Voluntary Dismissal, this matter is dismissed with prejudice and without costs or attorney fees to either party.

    DATED this 3rd day of September, 2015.

                                           JOHN V. ACOSTA
                                      United States Magistrate Judge